01
02
03
04
05
06           UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08 UNITED STATES OF AMERICA,     )
                             )  CASE NO. MJ 16-076
09      Plaintiff,            )
                             )
10      v.                  )
                             )  DETENTION ORDER
11 CARLOS ALBERTO DE LEON SOTO,  )
                             )
12      Defendant.         )
_____ )
13

14 <u>Offense charged</u>:     Conspiracy to Distribute Methamphetamine

15 <u>Date of Detention Hearing</u>:   February 19, 2016.

16      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22      1.     Defendant is reportedly a citizen of Mexico.  He was not interviewed by

DETENTION ORDER
PAGE -1

01  Pretrial Services so his background information is not known.

02       2.       Defendant and his counsel offer no opposition to entry of an order of detention.

03       3.       Defendant poses a risk of nonappearance due to lack of verified background

04  information, including ties to this District and immigration status.   Defendant poses a risk of

05  danger due to the nature of the instant offense.   There does not appear to be any condition or

06  combination of conditions that will reasonably assure the defendant's appearance at future

07  Court hearings while addressing the danger to other persons or the community.

08  It is therefore ORDERED:

09       1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

10           General for confinement in a correction facility separate, to the extent practicable, from

11           persons awaiting or serving sentences or being held in custody pending appeal;

12       2.  Defendant shall be afforded reasonable opportunity for private consultation with

13           counsel;

14       3.  On order of the United States or on request of an attorney for the Government, the

15           person in charge of the corrections facility in which defendant is confined shall deliver

16           the defendant to a United States Marshal for the purpose of an appearance in connection

17           with a court proceeding; and

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

DETENTION ORDER
PAGE -2

01    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02       for the defendant, to the United States Marshal, and to the United State Pretrial Services

03       Officer.

04       DATED this <u>19th</u> day of February, 2016.

05

06

07                                       Mary Alice Theiler
                                        United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3